IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR McCALL, | No. 2:15-CV-0329-WBS-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JEFFREY BEARD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 25) to file a traverse. Good cause appearing therefor, petitioner's request is granted. Petitioner's traverse, filed on March 25, 2016, is deemed timely.

IT IS SO ORDERED.

DATED: May 12, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1